Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Iowa**

Case number (if known) _____   Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**   *Check one:*
   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Pure Prairie Poultry, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.
   FKA Pure Prairie Farms, Inc.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   84-2185133
   EIN

5. **Debtor's address**

   **Principal place of business**
   901 North Main Street
   Number   Street

   Charles City IA 50616-0000
   City   State   Zip Code

   Floyd
   County

   **Mailing address, if different**
   68808 Ford Road
   Number   Street

   P.O. Box
   Fairfax MN 55332-0000
   City   State   Zip Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City   State   Zip Code

6. **Debtor's website** (URL)   www.pureprairiepoultry.com

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**   *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor **Pure Prairie Poultry, Inc.**                                     Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ■ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

■ No
☐ Yes.   Debtor _____   Relationship _____
District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

Debtor _____   Relationship _____
District _____   Date filed _____ (MM/DD/YYYY)   Case number, if known _____

## Part 3: Report About the Case

**10. Venue**  *Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
■ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Larry Falk** | **Unpaid yardage and bonuses due From Debtor in excess of filed PASA Claim of $20,900.04.** | **$33,329.91** |
| | | $ |
| | | $ |
| **Tri-State Poultry, LLC** | **Catching birds and other services provided to Pure Prairie Poultry, Inc.** | **$2,296,680.73** |
| | | $ |
| | | $ |
| **Ekelr, LLC** | **Sums due under Broiler Production Agreements for Ekelr, LLC Site 1 and Site 2 in excess of PASA claim of $114,000.00.** | **$155,550.64** |
| | | $ |
| | | $ |
| **Lee Frie** | **Promissory Note** | **$150,00.000** |
| | | $ |
| | | $ |
| | Total of petitioners' claims | **$2,635,561.28** |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Doc ID: 8fea0ac120adae5838623d2730df9935d3543d79

Debtor **Pure Prairie Poultry, Inc.**  Case number *(if known)*

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Larry Falk**
Name

**35266 610th Ave**
Number    Street
**Mountain Lake MN 56159-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **11/07/2024**
MM / DD / YYYY

X  *Larry Falk*
Signature of petitioner or representative, including representative's title

### Attorneys

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number    Street
**Cedar Rapids IA 52410-1425**
City    State    Zip Code
Contact phone  **319-363-1641**   Email

Bar number  **AT0006160**

State   **IA**

/s/ Joseph A. Peiffer
Signature of attorney
Date signed  **11/07/2024**
MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Tri-State Poultry, LLC**
Name

**W 648 Baures Rd**
Number    Street
**Fountain City WI 54629-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**
**Lee Frie, Member**
Name

**W648 Baures Rd**
Number    Street
**Fountain City WI 54629-0000**
City    State    Zip Code

### Attorneys

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number    Street
**Cedar Rapids IA 52410-1425**
City    State    Zip Code
Contact phone  **319-363-1641**   Email

Bar number  **AT0006160**

State   **IA**

11/07/24 12:54PM

Debtor **Pure Prairie Poultry, Inc.**    Case number *(if known)*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **11/07/2024**
MM / DD / YYYY

X *Lee Frie*   Member
Signature of petitioner or representative, including representative's title

/s/ Joseph A. Peiffer
Signature of attorney
Date signed   **11/07/2024**
MM / DD / YYYY

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Ekelr, LLC**
Name

**W648 Baures Road**
Number   Street
**Fountain City WI 54269-0000**
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**
**Lee Frie, Member**
Name

**W648 Baures Road**
Number   Street
**Fountain City WI 54629-0000**
City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **11/07/2024**
MM / DD / YYYY

X *Lee Frie*   Member
Signature of petitioner or representative, including representative's title

### Attorneys

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number   Street
**Cedar Rapids IA 52410-1425**
City   State   Zip Code
Contact phone   **319-363-1641**   Email

Bar number   **AT0006160**

State   **IA**

/s/ Joseph A. Peiffer
Signature of attorney
Date signed   **11/07/2024**
MM / DD / YYYY

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Lee Frie**
Name

**W648 Baures Rd.**
Number   Street
**Fountain City WI 54629-0000**
City   State   Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **11/07/2024**
MM / DD / YYYY

X *Lee Frie*
Signature of petitioner or representative, including representative's title

### Attorneys

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number   Street
**Cedar Rapids IA 52410-1425**
City   State   Zip Code
Contact phone   **319-363-1641**   Email

Bar number   **AT0006160**

State   **IA**

/s/ Joseph A. Peiffer
Signature of attorney
Date signed   **11/07/2024**
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 4

Doc ID: 8fea0ac120adae5838623d2730df9935d3543d79

**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | 2024-11-07 Pure Prairie Involuntary Petition.pdf |
| File name | 2024-11-07%20Pure...ry%20Petition.pdf |
| Document ID | 8fea0ac120adae5838623d2730df9935d3543d79 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**11 / 07 / 2024**
19:32:04 UTC
Sent for signature to Larry Falk (ljfalk@frontiernet.net) from mike@ablsonline.com
IP: 162.253.44.159

**VIEWED**
**11 / 07 / 2024**
19:40:26 UTC
Viewed by Larry Falk (ljfalk@frontiernet.net)
IP: 174.235.213.135

**SIGNED**
**11 / 07 / 2024**
19:42:21 UTC
Signed by Larry Falk (ljfalk@frontiernet.net)
IP: 174.235.213.135

**COMPLETED**
**11 / 07 / 2024**
19:42:21 UTC
The document has been completed.

Powered by Dropbox Sign