involsum 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Pure Prairie Poultry, Inc.

Chapter 7

Bankruptcy No. 24–01098

Debtor

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named Debtor:

A petition under Title 11, United States Code was filed against you in this bankruptcy court on November 7, 2024, requesting an order for relief under chapter 7 of the United States Bankruptcy Code.

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

>Address of Clerk:
>
>Clerk of Bankruptcy Court
>
>111 Seventh Avenue SE Box #15
>Cedar Rapids, IA 52401–2101

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

>Name and address of Petitioner's Attorney:
>
>Joseph A. Peiffer
>Ag & Business Legal Strategies
>PO Box 11425
>Cedar Rapids, IA 52410–1425

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankrupcty Procedure 1011(c). If you fail to respond to this summons, the order for relief will be entered.

>Sharon K. Mullin
>Clerk, Bankruptcy Court
>by:
>
>
>
>Deputy Clerk

Date of Issuance: November 8, 2024

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors, set forth both social security numbers.

involsum 8/2022

Case No. 24–01098

# CERTIFICATION OF SERVICE

I,_____(name), certify that on _____(date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury that the foregoing is true and correct.

Date _____    Signature_____

Print Name:    _____

Business Address:    _____
_____
_____