UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF IOWA

CASE NO.: 24-01098

## AFFIDAVIT OF SERVICE

**LARRY FALK**

    Plaintiff/Petitioner,

vs.

**PURE PRARIE POULTRY, INC.**

    Defendant/Respondent.
_____/

Received by **Absolute Serving** on **11/08/2024** to be served upon:

**PURE PRARIE POULTRY, INC.**

STATE OF IOWA
COUNTY OF POLK    ss.

I, **Julia McMahon**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **11/12/2024** at **09:05 AM**, I served the within **SUMMONS TO DEBTOR IN INVOLUNTARY CASE; INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL** on **PURE PRARIE POULTRY, INC.** at **400 E COURT AVE, STE 110, Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **MELISSA MILLANG @ CT CORPORATION SYSTEM** TITLE/RELATION: **REGISTERED AGENT**

Fee For Service: **$55.00**

Sworn to and subscribed before me on this
12th day of November, 2024
by an affiant who is personally known to me
or produced identification.

NOTARY PUBLIC

X_____
Julia McMahon
Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA 50314

Atty File#: - Our File# **46839**

GUY LESLIE ROBERTS JR.
Commission Number 831046
My Commission Expires
3/30/27