# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | ) Case No.: 24-01098 |
| | ) |
| **PURE PRAIRIE POULTRY, INC., fka** | ) Chapter 7 (Involuntary) |
| **PURE PRAIRIE FARMS, INC.,** | ) |
| | ) Honorable Thad J. Collins |
| Alleged Debtor. | ) |
| | ) **NOTICE OF ASSOCIATION OF** |
| 68808 Ford Road | ) **CO-COUNSEL** |
| Fairfax, MN 55332 | ) |
| | ) No Hearing Set |
| EIN: 84-2185133 | ) |
| | ) |

Notice is given that Elissa Holman, Esq. of Dickinson, Bradshaw, Fowler and Hagen, P.C., is associated as co-counsel with Jeffrey D. Goetz, Esq of the same law office, and shall act as and hereby is co-counsel for the Board of Directors for Pure Prairie Poultry, Inc. In the future, all correspondence and pleadings in this matter should be addressed as follows:

>Elissa Holman, Esq., AT0014056
>Dickinson Bradshaw Fowler & Hagen, PC
>801 Grand Avenue, Suite 3700
>Des Moines, IA  50309-8004
>515/246-5817
>515/246-5808 FAX
>eholman@dickinsonbradshaw.com

Dated: December 9, 2024

>*/s/      Elissa Holman*
>Elissa M. Holman, Esq., AT0014056
>Jeffrey D. Goetz, Esq., AT0002832
>Dickinson, Bradshaw, Fowler & Hagen, P.C.
>801 Grand, Suite 3700
>Des Moines, IA  50309-8004
>515/ 246-5817
>515/ 246-5808 fax
>eholman@dickinsonbradshaw.com
>jgoetz@dickinsonbradshaw.com
>
>Counsel for Board of Directors of Pure Prairie Poultry, Inc., Alleged Debtor

2

## CERTIFICATE OF SERVICE

    This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

                                                */s/*     *Nicholas Valley*